## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAMIEN RIVERO,

               Plaintiff,         **Case No. 3:06-CV-0132-LRH-RAM**

vs.                               **MINUTES OF THE COURT**

WARDEN E.K. McDANIEL, *et al.*,      **DATE:** March 14, 2006

             Defendants   /

**PRESENT:**
**THE HONORABLE:** ROBERT A. McQUAID, JR., **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** LORI M. STORY     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**     NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**     NONE APPEARING

## MINUTE ORDER IN CHAMBERS: XXX

     Defendants have removed this civil action from the Seventh Judicial District Court of Nevada in White Pine County. Removal is based on this court's jurisdiction pursuant to 28 U.S.C. § 1331(docket #2). Defendants now move for screening of the complaint pursuant to 28 U.S.C. § 1915A (docket #3) and for an extension of time to answer or otherwise defend the complaint (docket #4). The motions shall be granted.

     IT IS THEREFORE **ORDERED** that the motion for screening (docket #3) is **granted**.

     IT IS FURTHER **ORDERED** that the motion for extension of time to answer (docket #4) is **granted**. No answer or other response shall be due from defendants until such time as the Court has screened the complaint and ordered a response.

                                           **LANCE S. WILSON, CLERK**

                                        **By:** /s/ Lori M. Story
                                                  **Deputy Clerk**